### CARNAHAN v. STATE. (No. 11628.)

Court of Criminal Appeals of Texas. Oct. 3, 1928.

Cofer & Cofer, of Austin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of two years.

This is a companion case to No. 11627, 9 S. W.(2d) 1034, in which the indictment (identical with that in the present instance) was held insufficient.

For the reasons stated in case No. 11627, the judgment is reversed, and the cause remanded.